IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02239-RPM

BECKY L. BOWERSOCK,

    Plaintiff,

v.

SONSIO, INC.,
MICHELLE CARABELLO, and
KATHY FLYNN,

    Defendants.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulation of Dismissal with Prejudice [20], filed on April 8, 2009, it is

ORDERED that this civil action is dismissed, each party to pay their own attorneys' fees, costs and expenses.

Dated:  April 13th, 2009

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge